IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORGE ALBERTO PICON<br><br>*Petitioner*,<br><br>v.<br><br>DAVID O'NEILL, in his official capacity as ICE Deputy Field Office Director, TODD M. LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and PAMELA BONDI, in her official capacity as Attorney General of the United States, and J.L. JAMISON, in his official capacity as Philadelphia Federal Detention Center;<br><br>*Respondents*. | Civil Action No.  2:25-cv-6731 |

## **STIPULATION FOR SCHEDULING ORDER**

Petitioner seeks a writ of habeas corpus in this proceeding. Petitioner is non-citizen who has been detained by immigration authorities. To expeditiously resolve Petitioner's habeas petition, the parties hereby stipulate and agree as follows:

1. Respondents will file their brief by December 12, 2025.

2. Petitioner will file any response by December 15, 2025.

3. The parties respectfully request that the Court decide the petition on the papers at the Court's earliest convenience.

| | |
|---|---|
| Dated: December 10, 2025 | Respectfully submitted, |
| | DAVID METCALF<br>United States Attorney |
| */s/ Adam Solow*<br>Adam Solow, Esquire<br>Solow, Harnett & Galvan, LLC<br>1601 Walnut Street, Suite 1200<br>Philadelphia, PA 19102<br>Telephone: (215) 330-5244<br>adam@shglawpa.com<br><br>*Counsel for Petitioner* | */s/ Eric S. Wolfish*<br>ERIC S. WOLFISH<br>Assistant United States Attorney<br>Eastern District of Pennsylvania<br>615 Chestnut Street, Suite 1250<br>Philadelphia, PA 19106<br>Phone: (215) 861-8598<br>Email: eric.wolfish@usdoj.gov<br><br>*Counsel for Respondents* |

December 10, 2025

**BY THE COURT**:

_____
Honorable Mia Roberts Perez
Judge, United States District Court