**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JORGE ALBERTO PICON,** | : | **CIVIL ACTION** |
| | : | |
| Petitioner, | : | |
| | : | |
| **v.** | : | |
| | : | **NO. 25-6731** |
| **DAVID O'NEILL,** *et al.*, | : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW,** this 15th day of December, 2025, upon consideration of Jorge Alberto Picon's Petition for a Writ of Habeas Corpus (ECF No. 1), and the response thereto, it is hereby **ORDERED** that the Petition is **GRANTED.**

**IT IS FURTHER ORDERED** that:

1.      Mr. Picon is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).

2.      The government shall release Mr. Picon from custody immediately and certify compliance with this Order by filing proof of his release on the docket no later than **12:00 P.M. E.T.** on **December 16, 2025.**

3.      The government is temporarily enjoined from re-detaining Mr. Picon for seven days following his release from custody.

4.      If the government pursues re-detention of Mr. Picon, it must first provide him with a bond hearing at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of Mr. Picon's removal proceedings.

5.      The government shall not remove, transfer, or otherwise facilitate the removal of Mr. Picon from the Eastern District of Pennsylvania prior to the ordered bond hearing. If the immigration judge determines Mr. Picon is subject to detention under 8 U.S.C. § 1226(a), the government may request permission to move Mr. Picon if unforeseen or emergency circumstances arise that require his removal from this District. That request must set forth the grounds for the request and a proposed destination.

BY THE COURT:

_____

Hon. Mia R. Perez